In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-515 CV


____________________



HEALTHMARK PARTNERS, L.L.C., AND 


GULF HEALTHCARE CENTER, PORT ARTHUR, Appellants



V.



BOBBY HOLLIS, AS NEXT FRIEND OF VIRGINIA HOLLIS, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-174,478






 MEMORANDUM OPINION 


 The appellants, Healthmark Partners, L.L.C., and Gulf Healthcare Center, Port
Arthur, filed a motion to dismiss this accelerated interlocutory appeal. The Court finds
that the motion is voluntarily made by the motion of the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed without
reference to the merits of the appeal. Appellate costs are assessed against the incurring
party.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered February 9, 2006 

Before Gaultney, Kreger, and Horton, JJ.